UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------X

IN RE:

JOHN JOSEPH ALTORELLI,

    CASE No. 14-51790-AHWS

    DEBTOR

-------------------------------------------------------X

JPMORGAN CHASE BANK, N.A.,    CHAPTER 7

    PLAINTIFF    ADV PRO. NO:

-against-

JOHN JOSEPH ALTORELLI,

    DEFENDANT

-------------------------------------------------------X    APRIL 20, 2015

## CORPORATE DISCLOSURE STATMENT

Pursuant to Federal Rule of Civil Procedure 7007.1, plaintiff, JPMorgan Chase Bank, N.A., by its attorneys, Evans, Feldman & Ainsworth, LLC, discloses and identifies that JPMorgan Chase Bank, N.A. is a wholly owned subsidiary of JPMorgan Chase & Co., a publicly traded corporation. No publicly held corporation owns ten percent (10%) or more of JPMorgan Chase & Co.'s stock.

    THE DEFENDANT,
    JPMORGAN CHASE BANK, N.A.

    By_____
    Richard C. Feldman
    Evans, Feldman & Ainsworth, LLC
    Its Attorneys
    261 Bradley St., P.O. Box 1694
    New Haven, CT 06507-1694
    203-772-4900
    Federal Bar No. ct05931